UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VANTH KAVORKIUS SEVERN, | Civil No. 2:25-CV-02085-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that Plaintiff's XVI claim is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings.  On remand, the Commissioner will reevaluate the medical opinions and prior administrative medical findings; reevaluate the claimant's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work in the national economy; and offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Dated this 24th day of April, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

Page 1      ORDER - 2:25-CV-02085-MLP

Presented by:

s/ Noah Schabacker
NOAH SCHABACKER
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (303) 844-6232
Email: noah.schabacker@ssa.gov